No. 72–165. ENYART v. ASHLAND DISCOUNT CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–235. McKY v. HOCHFELDER ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5003. CORCORAN v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 72–5005. ABSHIRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5006. ROBINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5008. ABBAMONTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5011. HOHENSEE v. SCIENTIFIC LIVING, INC., ET AL. Sup. Ct. Pa. Certiorari denied.

No. 72–5012. EATON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5013. SMITH v. CUPP, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5015. PRESTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5016. CLARK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5017. ANDERSON v. PARKER, COULTER, DALEY & WHITE ET AL. C. A. 1st Cir. Certiorari denied.

No. 72–5018. BREWER v. UNITED STATES; and
No. 72–5061. GARR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 461 F. 2d 487.

No. 72–5021. WEST v. UNITED STATES. C. A. 4th Cir. Certiorari denied.